## Commonwealth *v.* O'Brien, Appellant.

Sub-

mitted June 12, 1967. *James Joseph O'Brien,* appellant, in propria persona; *Joel S. Moldovsky* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.